UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| David A. Nixon, | ) | CASE NO. 5:25CV1558 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Vs. | ) | |
| | ) | |
| Jennifer Black, Warden, | ) | Order |
| | ) | |
| | ) | |
| Respondent. | ) | |

**Introduction**

This matter is before the Court upon the Interim Report and Recommendation of Magistrate Judge Amanda M. Knapp (Doc. 10), which recommends denial of the petitioner's Motion to Stay (Doc. 5). No objections have been filed. For the reasons that follow, the Interim Report and Recommendation is ACCEPTED.

**Standard of Review**

When objections are made to a Magistrate Judge's Report and Recommendation, "The judge must determine de novo any proposed finding or recommendation to which objection is

1

made. The judge may accept, reject, or modify any proposed finding or recommendation." Rule 8 of the Rules Governing Section 2254 Cases. As stated in the Advisory Committee Notes to Rule 72, "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citations omitted).

### Discussion

Petitioner sought a stay of his Habeas Corpus Petition on the basis of pending litigation in the state court. After analysis, the Magistrate Judge determined that petitioner had failed to show that a stay and abeyance of his Petition was appropriate under the applicable standard set forth in *Rhines v. Weber,* 544 U.S. 269 (2005). Petitioner did not file objections to this recommendation. The Court has reviewed the Interim Report and Recommendation and has found no clear error. Accordingly, the Court agrees with the Magistrate Judge that a stay is not warranted.

### Conclusion

This Court, having reviewed the Interim Report and Recommendation and finding no clear error, accepts the Magistrate Judge's Report and Recommendation. In accordance with that recommendation, the Court hereby denies the Motion to Stay. This matter is sent back to the Magistrate Judge for review of the Petition.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

**Date:** January 28, 2026